**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JIMMY GEOVANNY SANCHEZ LOOR,    * | |
|             Petitioner      * | |
|      * | |
|          v.      * | **Case No.: 20-20168-CR-ALTONAGA** |
|      * | |
| UNITED STATES OF AMERICA,      * | |
|             Respondent      * | |
|      * | |

FILED BY ___MC___ D.C.

FEB 13 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### PETITIONER'S RESPONSE TO THE GOVERNMENT'S RESPONSE PURSUANT TO 18 U.S.C. § 3582 (c) (1) (A) and/or § 3582 (c) (2), FOR AMENDMENT 821 OF U.S.S.G. OF 2023, MOTION FILED BY PETITIONER

**COMES NOW,** Petitioner, files this response to the government response, pro-se. Petitioner is a layman of the law, unskilled in the law, requests this Motion to be construed liberally. (See – Haines v. Kerner, 404 U.S. 519 (1972)).

### Statement of Case

Petitioner states the following:

In the government's response to this petitioner's Motion for Reduction in Sentence the prosecutors concedes that during the course of this case a Pre-Sentencing Investigation Report (PSI) was prepared by the Office of U.S. Probation. That PSI classifies this petitioner's base offense level at Category I, Level 38, and confirms that the petitioner received a three (3) level offense level reduction for acceptance of responsibility. In addition, the petitioner earned an additional two level offense level reduction for qualifying under the "Safety Valve" provision under §5C1.1/§5C1.2. These earned credits reduced the petitioner's offense level to, a government conceded, Category I, Level 31, which carries a penalty of 108 to 135 months of imprisonment.

The petitioner's further qualifies for an additional downward departure in accordance with §1b1.10 (b)(2)(A) and current legal precedent in the Eleventh Circuit pursuant to **U.S. v. Escobosa Diaz,** Case No. 1:22-cr-20014-Gayles (Jan. 2024). In that case, Escobosa Diaz was granted a reduction in sentence from 70 down to 57 months of imprisonment because he met the exception

1

criteria under §4C1.1/§5C1.1, for the safety valve provision he earned at the time of his original sentencing. This petitioner has likewise earned his downward variance and this Honorable Court has the discretion to further reduce the petitioner's sentence, as the sentencing guidelines are advisory - See **U.S. v. Booker**, 543 U.S.____ (2005).

In addition, the petitioner would like to make this Honorable Court aware that his poor health conditions, that have been previously discussed in this court and the court was assured by the government that the Bureau of Prisons (BOP) would properly see to the health needs of the petitioner. To date the BOP, at FCI Miami, has failed to provide proper medical care for his health conditions that were previously discussed before this Honorable Court.

Therefore, the petitioner humbly requests a reduction in sentence in compliance with the congressionally mandated changed represented in the United States Sentencing Commissions (USSC) Amendment 821, §4C1.1/§5C1.1, provisions which are retroactive. Congress took this action for the sole purpose of reducing unnecessarily long prison sentences for First Time, Non-Violent offenders.

## Educational Programming

Since the inception of the petitioners' incarceration he has been educationally programming to better himself and assist in a transition that will make him a more productive member of society upon release. The educational and psychology courses taken by this petitioner will improve his work skills and his frame of mind looking forward to being a productive, law- abiding citizen.

Additionally, the petitioner has maintained an excellent conduct record while incarcerated and remains disciplinary report free. The petitioner has been described as a "model prisoner" and has utilized the BOP educational programming to acquire new trade skills. The U.S. Supreme Court, in **U.S. v. Pepper**, 131 SCt. 377 (2011, states that a lower court may reduce a prisoner's sentence due to his rehabilitation efforts through educational programming. Therefore, this petitioner humbly requests that this Honorable Court accept his plea and grant him a reduction in sentence.

## Conclusion

The petitioner hopes and prays that this Honorable Court will Grant him this Motion for Reduction in Sentence in accordance with the USSC's Amendment 821, §4C1.1/§5C11.1, two level reduction for all of the reasons stated above.

**Respectfully Submitted,**

_2/1/24_

**Date**
**(28 USC § 1746)**

_Jimmy Sanchez_

**Jimmy Geovanny Sanchez Loor, Petitioner**
**Reg. No. 26317-104**
**F.C.I. Miami**
**P.O. Box 779800**
**Miami, FL  33177-9800**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion has been furnished, via U.S. Postal Service First-Class Mail on this ___1___ day of _February___, to:

**Clerk of the Court**
**Southern District of Florida**
**400 North Miami Ave., RM 8N09 (Room 13.3)**
**Miami, FL 33128**

  **and**

**Office of the U.S. Attorney**
**99 NE 4th Street**
**Miami, FL 33132**

**Respectfully Submitted,**

___2/1/24___
**Date**
**(28 USC § 1746)**

___Jimmy Sanchez___
**Jimmy Geovanny Sanchez Loor, Petitioner**
**Reg. No. 26317-104**
**F.C.I. Miami**
**P.O. Box 779800**
**Miami, FL  33177-9800**

Case 1:20-cr-20168-CMA   Document 59   Entered on FLSD Docket 02/14/2024   Page 5 of 5

Jimmy Geovanny Sanchez Leon 26517104
FCI Miami, Federal Correctional Institution
P O Box 779800
Miami, FL 33177

MIAMI FL 330
9 FEB 2024   PM 2  L



Clerk of Court
Southern District of Florida
400 North Miami Ave, RM 13.3
Miami, FL 33128

33128-180199